USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all other persons similarly situated*,

                                    Plaintiff,

           v.

AMIGOFOODS CORP.,

                                  Defendant.

20-CV-8967 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On October 27, 2020, Plaintiff Jenisa Angeles brought this action alleging violations of the Americans with Disabilities Act ("ADA"). On October 30, 2020, the Court ordered the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter within forty-five days of the service of the summons and complaint.

       Plaintiff has not since filed proof of service on the docket, nor has the Court received any response from the parties. No later than January 25, 2021, Plaintiff shall file a letter updating the Court on the status of this case. If, however, Plaintiff does not respond to this Order, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 11, 2021
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge