```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all other persons similarly situated*,

        Plaintiff,

  v.

AMIGOFOODS CORP.,

        Defendant.

20-CV-8967 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On October 27, 2020, Plaintiff Jenisa Angeles brought this action alleging violations of the Americans with Disabilities Act. On October 30, 2020, the Court ordered the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter within forty-five days of the service of the summons and complaint.

  Having not heard from either party by January 11, 2021, the Court ordered Plaintiff to file a letter updating the Court on the status of this case by January 25, 2021. Plaintiff failed to respond to that order. No later than February 16, 2021, Plaintiff shall file a letter updating the Court on the status of this case. **If Plaintiff does not respond to this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated: February 2, 2021
    New York, New York

                   Ronnie Abrams
                   United States District Judge